IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
_____ DIVISION

Nena Q Cole
(Enter Above the Name of the Plaintiff in this Action)

vs.

Ohio Health Corp./Riverside Hospital
(Enter above the name of the Defendant in this Action)

2:17cv605
Judge Watson
MAGISTRATE JUDGE VASCURA

If there are additional Defendants, please list them:

_____
_____
_____
_____

**COMPLAINT**

I. Parties to the action:

   Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

   Nena Quinette Cole
   Name - Full Name Please - PRINT

   P.O. Box 13854
   Street Address

   Cols. Ohio 43213
   City, State and Zip Code

   614-375-0235
   Telephone Number

   If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. __Riverside Hospital / Ohio Health Corp__
   Name - Full Name Please

   __180 E. Broad St. #30 Columbus, Ohio 43215__
   Address: Street, City, State and Zip Code

2. _____

3. _____

4. _____

5. _____

6. _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☒ Title 28 U.S.C. § 1343(3)
   [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☐ Title 28 U.S.C. § 1331
   [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
   [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☐ Title _____ United States Code, Section _____
   [Other federal status giving the court subject matter jurisdiction.]

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

I was terminated by Lab Manager Roberta Jenkins while covered under FMLA. She moved me from 3rd shift to first shift after approval of my FMLA which stated that I could not work first shift for FMLA needs/requirements. Roberta Jenkins stated to me that she moved me to first shift was because I had to be watched based on my usage of FMLA on nightshift. A group of associates complained about my FMLA usage.

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption. (Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

Case Number                         Caption

_____        _____ vs. _____

_____        _____ vs. _____

_____        _____ vs. _____

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

Backpay - Pain and suffering. Slander and the like. Any and all future legal fees and current monies spent.

I state under penalty of perjury that the foregoing is true and correct. Executed on this 12 day of July, 20 17.

_____
Signature of Plaintiff

-4-